UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GEORGE HOLLINS, | ) | |
|---|---|---|
| Movant, | ) | |
| v. | ) | Case No. 4:04CV1205 RWS |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the motion of George Hollins to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED**.

**IT IS FURTHER ORDERED** that as movant has not made a substantial showing of a denial of a constitutional right this Court will not issue a certificate of appealability.

Dated this 2nd Day of August, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE