UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE HOLLINS, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:04CV1205 RWS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's pro se motion pursuant to 18 U.S.C. § 3742 for review of his sentence [Docket Entry No. 41]. Under 18 U.S.C. § 3742:

A defendant may file a notice of appeal in the district court for review of an otherwise final sentence if the sentence –

(1) was imposed in violation of law;

(2) was imposed as a result of an incorrect application of the sentencing guidelines; or

(3) is greater than the sentence specified in the applicable guideline range to the extent that the sentence includes a greater fine or term of imprisonment, probation, or supervised release than the maximum established in the guideline range, or includes a more limiting condition of probation or supervised release under section 3563(b)(6) or (b)(11) than the maximum established in the guideline range; or

(4) was imposed for an offense for which there is no sentencing guideline and is plainly unreasonable.

As a result, the Court will order the Clerk to terminate Docket Entry No. 41 and to file the document as a Notice of Appeal in the underlying criminal case, <u>United States v. Hollins</u>, 4:03CR57 RWS.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall terminate Docket Entry No. 41.

**IT IS FURTHER ORDERED** that the Clerk shall file Docket Entry No. 41 as a Notice of Appeal in the case <u>United States v. Hollins</u>, 4:03CR57 RWS.

Dated this 9th day of October, 2007.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE